IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEMETRIUS MITCHELL,

    Petitioner,                      No. CIV S-06-2648 DFL CMK P

    vs.

ROBERT A. HOREL, et al.,

    Respondents.                ORDER

_____/

        On November 22, 2006, the court ordered petitioner to file an amended habeas petition and an application to proceed in forma pauperis. Petitioner has filed an amended petition, but he has not filed a request to proceed in forma pauperis or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: December 12, 2006.

                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE

/mp
mitc 06cv2648.101a